# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**PEGGY WILSON**                                                                                            **PLAINTIFF**

**VS.**                   **CASE NO. 3:20CV00100 PSH**

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of December, 2020.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE